

FILED
JUL 23 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. GORDON S. THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-CR-1297-GT |
| Plaintiff, | ORDER FOR CONTINUANCE ~~(PROPOSED)~~ |
| vs. | |
| EDER VLADMIR HENRIQUEZ, | |
| Defendant. | |

Good cause appearing this Court hereby orders that the Sentencing Hearing in the above-entitled case, currently set for July 19, 2012 at 9:30 a.m., is continued until August 8, 2012 at 9:30 a.m.

Date: 7-19-12

Honorable GORDON THOMPSON, Jr.
United States District Court
Southern District of California